No. 46262.—Protest 24292–K of Wm. Shaland (New York).

Opinion by OLIVER, P. J.   In accordance with stipulation of counsel and on the authority of Abstract 44122 the kazoos in question were held dutiable at 45 percent under paragraph 397 as claimed.

No. 46263.—Protests 978066–G, etc., of Chinese Gems Co., Inc. (New York).

Opinion by OLIVER, P. J.   In accordance with stipulation of counsel that the articles are similar to those passed upon in *Cathay Crafts Corp.* v. *United States* (6 Cust. Ct. 87, C. D. 434) the claim at 40 percent under paragraph 214 was sustained.

No. 46264.—Protest 22545–K of Chinese Gems Co., Inc. (New York).

Opinion by OLIVER, P. J.   In accordance with stipulation of counsel that the articles are similar to those passed upon in *Cathay Crafts Corp.* v. *United States* (6 Cust. Ct. 87, C. D. 434) the claim at 40 percent under paragraph 214 was sustained.

No. 46265.—Protest 993628–G of Saji Trading Co. (Los Angeles).

Opinion by OLIVER, P. J.   It was stipulated that the merchandise consists of wooden cabinets similar in all material respects to those the subject of Abstracts 33634 and 38718.   They were therefore held dutiable at 33⅓ percent under paragraph 412 as claimed.

No. 46266.—Protest 975721–G of Saji Trading Co. (Los Angeles).

Opinion by OLIVER, P. J.   On the agreed facts that the wooden cabinets in question are similar to those the subject of Abstracts 37636 and 39945 the claim at 33⅓ percent under paragraph 412 was sustained.

BEFORE THE SECOND DIVISION, AUGUST 18, 1941

No. 46267.—Protest 836999–G of Bullocks, Inc. (Los Angeles).

Opinion by DALLINGER, J.   In accordance with stipulation of counsel and following Abstract 29295 the bottle stoppers and corks in question were held dutiable at 40 percent under paragraph 339 as claimed.